UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JINGYUAN LIU, | ) |
| Plaintiff, | ) |
| vs. | ) 1:07-cv-555-SEB-WTL |
| MICHAEL CHERTOFF, | ) |
| Defendant. | ) |

# E N T R Y

Defendant Michael Chertoff has moved to dismiss the complaint for lack of subject matter jurisdiction, pursuant to to *Federal Rule of Civil Procedure* 12(b)(1), and for failure to state a claim, pursuant to *Federal Rule of Civil Procedure* 12(b)(6). Plaintiff has not responded. Given the nature of the plaintiff's claim and the present state of the administrative process in which she is involved, she has not shown that she has no other adequate means to obtain the desired relief and that the right to the relief she sought in bringing this action is clear and indisputable. *See Allied Chemical Corp. v. Daiflon, Inc.,* 449 U.S. 33, 35 (1980); *Bankers Life & Casualty Co. v. Holland,* 346 U.S. 379, 384 (1953).

"Subject-matter jurisdiction is the first question in every case, and if the court concludes that it lacks jurisdiction it must proceed no further." *State of Illinois v. City of Chicago,* 137 F.3d 474, 478 (7th Cir. 1998). Accordingly, the motion to dismiss for lack of jurisdiction is **granted.**

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 09/13/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana