UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JINGYUAN LIU, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 1:07-cv-555-SEB-WTL |
| MICHAEL CHERTOFF, | ) ) ) | |
| Defendant. | ) ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 09/13/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jingyuan Liu
2443 Derek Dr.
Carmel, IN 46032

Margaret A. Schutte
margaret.schutte@usdoj.gov